# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AARON CHRISTOPHER WHEELER,<br>　　Plaintiff, | :<br>: |
| | : 　CIVIL ACTION |
| v. | : |
| | : 　NO. 18-3813 |
| CORRECTIONS EMERGENCY<br>RESPONSE TEAM (CERT), *et al.*,<br>　　Defendants. | :<br>:<br>: |

## ORDER

**AND NOW**, this 27th day of June, 2019, upon consideration of the Motion to Dismiss, or in the alternative, Motion for Summary Judgment by Defendants Tammy Ferguson and John Wetzel (Doc. No. 9) and Plaintiff's Response (Doc. No. 10), it is hereby **ORDERED** that the Motion is **GRANTED** and the Complaint is **DISMISSED**. The Clerk of Court shall mark this case **CLOSED**.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Mitchell S. Goldberg*
　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**MITCHELL S. GOLDBERG,　　J.**